**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00587-CV

**WYDE AND ASSOCIATES, LLC, AND DAN L. WYDE, Appellants**

**V.**

**JAMES E. FRANCESCONI AND TATIANNA FRANCESCONI, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50787-2014**

## ORDER

The reporter's record in this case is overdue. On October 3, 2017, this case was reinstated after being dismissed for want of prosecution. In the reinstatement order, we cautioned appellants that the court reporter had notified the Court that appellants had not requested the record and that if appellants failed to provide the Court with verification that they had requested and paid for the reporter's record within ten days we would order the appeal submitted without the reporter's record. Appellants promptly provided the Court with verification showing the reporter's record was requested on August 29, 2017 and the court reporter had received a $500 down payment for preparation of the reporter's record.

Accordingly, we **ORDE**R Court Reporter Stephanie Hunn to file the reporter's record

within **FIFTEEN DAYS** of the date of this order.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE